UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRARAILTY "REL" Dowdell,

      Plaintiff,

v.

TRUSTEES OF BOSTON UNIVERSITY,

      Defendant.

**This document is 2 pages.**

                         **DOCKET NO: 1:24-cv-10014-IT**

**MOTION/APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT TRUSTEES OF BOSTON UNIVERSITY PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk of The Honorable Indira Talwani of The United States District Court for the District of Massachusetts,

    Plaintiff, Brarailty "Rel" Dowdell, hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the following Defendant Trustees of Boston University for failure to plead or otherwise defend against this action in a timely manner. Moreover, this motion/application for entry of default judgment adheres to the mandates according to Rule 15 of the Massachusetts Rules of Civil Procedure, where a party (in this case, the Defendant) has seven days to file an opposition to a motion, including a motion for sanctions, after being served with the motion.

    Defendant Trustees of Boston University:

    (1) As shown by the proof of service previously filed with this Court, the above-named

Defendant was served on Monday, December 2, 2024 ET at 12:39 PM with a Motion for Sanctions for issuing an illegal, wrongful, and improper subpoena and called for subsequent relief/verdict for the Plaintiff. The Plaintiff received a confirmation of receipt of the Motion for Sanctions by Defendant's legal assistant Sabine Haskell with principal counsel Jennifer Cullinane Pucci CC'd on the correspondence on Monday, December 2, 2024 at 2:32 PM ET.

(2) The applicable time limit for the above-named Defendant to respond to this action under Rule 15 of the Massachusetts Rules of Civil Procedure expired on Tuesday, December 10, 2024.

This request is based on the attached Declaration of Plaintiff/Affidavit for Plaintiff Brarailty "Rel" Dowdell.

Respectfully submitted,

BRARAILTY "REL" DOWDELL
Pro se plaintiff
*/s/ Brarailty "Rel" Dowdell*

Brarailty "Rel" Dowdell
reldowdell@yahoo.com

61 Hollis Wood Drive
Hampton, VA 23666
(267) 226-8709

Dated:    December 13, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system. Also, copies will be sent to attorney Jennifer C. Pucci at jcpucci@bu.edu and her assistant Sabine Haskell at haskells@bu.edu on December 13, 2024.

/s/ Brarailty "Rel" Dowdell
Brarailty "Rel" Dowdell