| REQUEST FOR DEFAULT JUDGMENT | DOCKET NO. 1:24-cv-10014-IT | Trial Court of Massachussetts District Court Department |
|---|---|---|
| | DIVISION Boston (Eastern) | |

| PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE | DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE |
|---|---|
| Brarailty "Rel" Dowdell | Trustees of Boston University |
| 61 Hollis Wood Drive | 125 Bay State Road |
| Hampton, VA 23666 | Boston, MA 02215 |

## REQUEST FOR DEFAULT JUDGMENT
(Mass R. Civ P. 55(b)(3))

I, Brarailty "Rel" Dowdell, the undersigned, request that default judgment be entered against the defendant(s) Trustees of Boston University in the amount of $5,000,00 and a degree change from M.S. in Film to MFA in Film and affirm that:

1. The total amount due the plaintiff(s) against the defendant, is $ 5,000,000.
2. The defendant is not an infant or incompetent person.
3. The defendant is not in the military service of the United States or its Allies, as defined in the Servicemembers Civil Relief Act as evidenced by the following facts:

The Defendant is the entity of a University, not a singular individual and is represented by counsel Jennifer Cullinane Pucci.

DATE: 12-13-24

X Execution Requested

Signature: R Dowdell
Name: Brargilty "Rel" Dowdell
Address: 61 Hollis Wood Dr. Hampton, VA 23666
Telephone: 267-226-8709

I declare under penalty of perjury that the foregoing is true and correct.

Sworn to me before this 13 day of Dec, 20 2024

_Jwanna K. Gray_
Notary Public

JWANNA KING GRAY
Notary Public, Georgia
Fulton County
My Commission Expires
08/12/2025

_B. Dowdell_
Signature of Pro Se Plaintiff

Braxailty "Rel" Dowdell
Name

61 Hollis Wood Dr.
Hampton, VA 23666
Address