UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRARAILTY JAMES DOWDELL,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>Defendant. | *<br>*<br>*<br>*<br>*   Civil Action No. 1:24-cv-10014-IT<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to this court's Electronic Order [Doc. No. 75] granting Plaintiff's Motion for Voluntary Dismissal [Doc. No. 74] pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's Complaint [Doc. No. 1] is DISMISSED without prejudice, with each side to bear its own costs. This case is CLOSED.

IT IS SO ORDERED.

January 30, 2025                                             /s/ Indira Talwani
                                                             United States District Judge